UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | Case No. CR14-246RAJ |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL DOCUMENT |
| TANYA JEFFERSON, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the court upon Defendant's Motion to Seal Document, and the court finding good cause,

IT IS ORDERED that Defendant's Motion to File Document Under Seal (Dkt. #70) is GRANTED and the document filed under Dkt. #71 may remain filed under seal.

DATED this 20th day of February, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL DOCUMENT

THE LAW OFFICE OF LISA MULLIGAN
1300 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WA 98104

PAGE 1 OF 1

lisamulliganlaw@gmail.com ● 206-707-9361